**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

MICHAEL P.[1],                   :        Case No. 1:20-cv-763
                                 :
          Plaintiff,             :        Judge Matthew W. McFarland
                                 :
vs.                              :
                                 :
COMMISSIONER OF SOCIAL
SECURITY,                        :
                                 :
                                 :
          Defendant.             :

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 16)**

---

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 46) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Litkovitz recommends that the Court affirm the Commissioner's decision to deny Plaintiff's application for child disability benefits. Plaintiff filed Objections (Doc. 17) to the Report, in response to which the Commissioner filed a memorandum supporting the Magistrate Judge's recommended disposition (Doc. 18).

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**.

---

[1] [1]Due to the Committee on Court Administration and Case Management of the Judicial Conference of the United States' recommendation that federal courts only refer to claimants by their first names and last initials due to privacy concerns, "any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to claimants only by their first names and last initials." *See* General Order 22-01.

The Commissioner's decision is **AFFIRMED,** and this case is **TERMINATED** from the Court's docket.

      **IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE